UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KATHY LOPEZ
    Petitioner,

v.                                      Case No. 5:22-cv-99/TKW/MAL

WARDEN PISTRO,
    Respondent.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 19).[1] No objections were filed.

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to comply with court orders. Accordingly, it is

ORDERED that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice.

3. Respondent's motion to dismiss (Doc. 11) is DENIED as moot.

---

[1] The R&R was mailed to Plaintiff at her address of record on February 14, but it was returned by the Post Office as undeliverable. *See* Doc. 22. As a courtesy, the Clerk re-mailed the R&R to Plaintiff on February 28 at the address listed on the Bureau of Prisons' website. *See* Doc. 23.

4. The Clerk shall close the case file.

**DONE and ORDERED** this 21st day of March, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:22cv99/TKW/MAL